UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| State Farm Fire and Casualty Co., | ) | |
| Benjamin Parr and June Parr, | ) | |
|         Plaintiffs | ) | |
| | ) | |
|     v. | ) | Case No. 06-1208 |
| | ) | |
| Sunbeam Products Inc., | ) | |
|         Defendant | ) | |

**ORDER**

     Pursuant to the stipulation of dismissal filed on May 16, 2008, all claims of State Farm against Sunbeam are dismissed with prejudice and without costs.  The Clerk shall terminate State Farm Fire Casualty Co. as a party to this litigation.  This Order does not terminate the case, as the claims of Benjamin and June Parr against Sunbeam Products Inc. remain pending.

ENTERED ON  May 21, 2008

                      s/ John A. Gorman
                 JOHN A. GORMAN
       UNITED STATES MAGISTRATE JUDGE